of New York, being subjected to the demands of various claimants to the sum of $9,347.42 due upon a contract, be absolved from such demands by reason of the fact that it has paid said sum into court; the claimants being left at liberty to litigate their demands as against one another, upon due notice, and the determination of their respective claims to be noted at the foot of the judgment. Our decision affirming the Special Term order granting the preliminary injunction in this case (95 App. Div. 632, 88 N. Y. Supp. 1094) necessarily involved the conclusion that the city was entitled to this relief upon the facts then presented for the consideration of the court. No material difference in the facts is made to appear upon this appeal. It follows that the judgment should be affirmed.

CITY OF ROCHESTER, Appellant, v. FOURTEENTH WARD CO-OPERATIVE BUILDING LOT ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by the city of Rochester against the Fourteenth Ward Co-operative Building Lot Association. No opinion. Judgment affirmed, with costs.

CONDIT v. GODWIN. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by William L. Condit against Thomas S. Godwin. No opinion. Motion denied, on payment of $20 costs.

CONDICT, Appellant, v. LONG BEACH LAND CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Silas Alden Condict against the Long Beach Land Company. No opinion. Judgment affirmed, with costs.

CONLON, Appellant, v. MISSION OF THE IMMACULATE VIRGIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Eva K. Conlon against the Mission of the Immaculate Virgin and others. M. A. Tyng, for appellant. G. M. Schultz, for respondents. No opinion. Judgment affirmed, with costs.

COOPER UNION FOR ADVANCEMENT OF SCIENCE AND ART, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 5. 1905.) Action by the Cooper Union for the Advancement of Science and Art against the Manhattan Railway Company. J. L. Cadwalader, for appellant. W. G. Peckham, for respondent.
PER CURIAM. Judgment modified, by reducing the judgment for rental damages as entered, including interest, costs, allowance, etc., to the sum of $44,276.22, and, as so modified, affirmed, without costs to either party.

CORK et al., Appellants, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by John J. Cork and others against Frank Reynolds and others. I. B.

Wheeler, for appellants. M. J. Scanlan, for respondents. No opinion. Judgment affirmed, with costs.

COSTIKYAN, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Lemuel H. Costikyan against the United States Fidelity & Guaranty Company. H. D. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COUSINO, Respondent, v. WATERTOWN PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Frank Cousino against the Watertown Paper Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and STOVER, J., dissent.

CREAMER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Joseph M. Creamer against the Metropolitan Street Railway Company. B. H. Ames, for appellant. T. F. Keogh, for respondent. No opinion. Judgment and order affirmed, with costs.

CROSBY v. JARVIS. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Jane M. S. Crosby against Robert M. Jarvis. No opinion. Motion denied, with $10 costs.

CROSBY v. JARVIS. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Margaret E. Crosby against Robert M. Jarvis. No opinion. Motion denied, with $10 costs.

CULKIN, Respondent, v. DARTT, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by George Culkin, as administrator, etc., of John Culkin, deceased, against William H. Dartt.
PER CURIAM. Order modified, by inserting a provision requiring the plaintiff to furnish the particulars required by the demand numbered 5 in the notice of motion, and, as modified, affirmed, without costs.

CULLINAN, Excise Com'r, Appellant, v. McINDOO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Patrick W. Cullinan, as state commissioner of excise, against Joseph McIndoo and the Empire State Surety Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the finding of the jury was contrary to and against the weight of the evidence.

CUNNINGHAM et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division. First Department. April 20, 1905.) Action by William P. Cun-